NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERANTH, INC.,**
*Appellant*

v.

**AGILYSYS, INC., EXPEDIA, INC., FANDANGO, LLC, HOTEL TONIGHT, INC., HOTWIRE, INC., HOTELS.COM, L.P., KAYAK SOFTWARE CORPORATION, LIVE NATION ENTERTAINMENT, INC., ORACLE CORPORATION, ORBITZ, LLC, OPENTABLE, INC., PAPA JOHN'S USA, INC., STUBHUB, INC., TICKETMASTER, LLC, TRAVELOCITY.COM LLP, WANDERSPOT LLC, PIZZA HUT, INC., PIZZA HUT OF AMERICA, INC., DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, GRUBHUB HOLDINGS, INC., ORDER.IN, INC., MOBO SYSTEMS, INC., STARBUCKS CORPORATION, EVENTBRITE, INC., BEST WESTERN INTERNATIONAL, INC., HILTON RESORTS CORP., HILTON WORLDWIDE, INC., HILTON INTERNATIONAL CO., HYATT CORPORATION, MARRIOTT INTERNATIONAL, INC., STARWOOD HOTELS & RESORTS WORLDWIDE INC., USABLENET, INC., APPLE, INC.,**
*Appellees*

---

2015-1792, -1793

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00015 and CBM2014-00016.

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than August 31, 2015.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s32