FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### No. 15-1792 and 15-1793

### Ameranth, Inc.

v.

### Agilysys, Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Expedia, Inc.; Fandango, LLC; Hotel Tonight Inc.; Hotwire, Inc.; Hotels.com, L.P.; Kayak Software Corp.; Live Nation Entertainment, Inc.; Orbitz, LLC; OpenTable, Inc.; Papa John's USA, Inc.; Stubhub, Inc.; Ticketmaster, LLC; TVL LP (formerly known as Travelocity.com LP); and Wanderspot LLC

Party is (select one)    □ Appellant/Petitioner    □ Cross-Appellant
☑ Appellee/Respondent    □ Intervenor

Tribunal appealed from and Case No.: USPTO Patent Trial and Appeal Board CBM2014-00015 and CBM2014-00016

Date of Judgment/Order: March 20, 2015____ Type of Case: Patent—Covered Business Method Review

Relief sought on appeal: Affirmance of finding that claims 1-10 of U.S. Patent No. 6,871,325 and claims 1-11 of U.S. Patent No. 6,384,850 are unpatentable under 35 U.S.C. § 101.

Relief awarded below (if damages, specify): Claims 1-10 of U.S. Patent No. 6,871,325 and claims 1-11 of U.S. Patent No. 6,384,850 were cancelled.

Briefly describe the judgment/order appealed from: The Patent Trial and Appeal Board's Final Written Decision in CBM2014-00015 and CBM2014-00016 found that claims 1-10 of U.S. Patent No. 6,871,325 and claims 1-11 of U.S. Patent No. 6,384,850, respectively, are unpatentable under 35 U.S.C. § 101.

FORM 26. Docketing Statement (continued)

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; see Fed. Cir. R. 28(a)(5)) _____
_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued:   Apple, Inc. v. Ameranth, Inc., Nos. 15-1703 and 15-1704

Brief statement of the issues to be raised on appeal: Whether the USPTO erred in finding claims 1-10 of U.S. Patent No. 6,871,325 and claims 1-11 of U.S. Patent No. 6,384,850 unpatentable under 35 U.S.C. § 101.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes ☐ No

If "yes," when were the last such discussions?

☑ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?      ☑ Yes ☐ No

If they were mediated, by whom?  Ameranth and Defendants sued by Ameranth engaged in an Early Neutral Evaluation before Magistrate Judge Bencivengo in the underlying District Court litigation.

FORM 26. Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?   ☐ Yes        ☑ No

If you answered no, explain why not:  The patents at issue in the present appeals are only two of four patents that Ameranth has accused Appellees of infringing in the underlying District Court litigation.  Resolving this appeal would also require resolution of the underlying District Court litigation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.  None

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 15th day of       July, 2015

by:  the Court's Electronic Filing system

(manner of service)

Jonathan S. Franklin                          /s/ Jonathan S. Franklin
      Name of Counsel                              Signature of Counsel

Law Firm:            Norton Rose Fulbright US LLP

Address:             799 9th St. NW, Suite 1000

City, State, ZIP:    Washington, D.C. 20001-4501

Telephone Number:    (202) 662-0466

FAX Number:          (202) 662-4643

E-mail Address:      jonathan.franklin@nortonrosefulbright.com