Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ameranth, Inc. v. Agilysys, Inc.

No. 15-1792 and 15-1793

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    _X_ As counsel for:  Expedia, Inc.; Fandango, LLC; Hotel Tonight Inc.; Hotwire, Inc.; Hotels.com, L.P.; Kayak Software Corp.; Live Nation Entertainment, Inc.; Orbitz, LLC; OpenTable, Inc.; Papa John's USA, Inc.; StubHub, Inc.; Ticketmaster, LLC; TVL LP (formerly known as Travelocity.com LP); and Wanderspot LLC

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant

_____ Appellant    _X_ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:
- Name: Stephanie N. DeBrow
- Law firm: Norton Rose Fulbright US LLP
- Address: 98 San Jacinto Boulevard, Suite 1100
- City, State and ZIP: Austin, Texas 78701-4255
- Telephone: (512) 536-3094
- Fax #: (512) 536-4598
- E-mail address: stephanie.debrow@nortonrosefulbright.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_X_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 16, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    _X_ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 16, 2015 | /s/ Stephanie N. DeBrow |
| Date | Signature of pro se or counsel |

cc: All counsel of record

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2015, I served the foregoing document on all counsel of record by email via the Court's ECF System.

/s/ Stephanie N. DeBrow

Stephanie N. DeBrow
Norton Rose Fulbright US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-4255
(512) 536-3094

Counsel for Appellee