**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ameranth, Inc.    v.    Agilysys, Inc.

No. 15-1792/1793

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✔] As counsel for: Agilysys, Inc.
                                                                                 Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant    [✔] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Anthony Nimmo |
| Law firm: | Ice Miller LLP |
| Address: | 200 W. Madison Street, Suite 3500 |
| City, State and ZIP: | Chicago, IL 60606-3471 |
| Telephone: | 317-726-8149 |
| Fax #: | 312-726-6252 |
| E-mail address: | Anthony.Nimmo@icemiller.com |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/30/1988

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 16, 2015 | /s/ Anthony Nimmo |
| Date | Signature of pro se or counsel |

cc: _____

[Reset Fields]

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE – ANTHONY NIMMO with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

/s/ Anthony Nimmo
Anthony Nimmo
ICE MILLER LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417
Ph. 312-726-8149
Anthony.Nimmo@icemiller.com