**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ameranth, Inc.   v.   Agilysys, Inc.

No. 2015-1792, -1793

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:   Apple Inc. and Eventbrite, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Erin P. Gibson |
| Law firm: | DLA Piper LLP (US) |
| Address: | 401 B Street, Suite 1700 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | 619-699-2700 |
| Fax #: | 619-699-2701 |
| E-mail address: | erin.gibson@dlapiper.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/22/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 16, 2015 | /s/ Erin P. Gibson |
| Date | Signature of pro se or counsel |

cc: All Counsel of Record

American LegalNet, Inc.
www.FormsWorkFlow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE – ERIN P. GIBSON with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

*/s/ Stanley J. Panikowski*
Stanley J. Panikowski
DLA Piper LLP (US)
401 B Street, Ste. 1700
San Diego, CA 92101
Ph: 619.699.2700