**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ameranth, Inc.  v.  Agilysys, Inc.

No. 2015-1792, -1793

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Apple Inc., Eventbrite, Inc. and Starwood Hotels & Resorts Worldwide, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James Heintz |
| Law firm: | DLA Piper LLP (US) |
| Address: | 11911 Freedom Drive, Suite 300 |
| City, State and ZIP: | Reston, VA 20190-5602 |
| Telephone: | 703-773-4000 |
| Fax #: | 703-773-5000 |
| E-mail address: | jim.heintz@dlapiper.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/30/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 16, 2015 | /s/ James Heintz |
| Date | Signature of pro se or counsel |

cc: All Counsel of Record

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE – JAMES HEINTZ with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

/s/ *Stanley J. Panikowski*
Stanley J. Panikowski
DLA Piper LLP (US)
401 B Street, Ste. 1700
San Diego, CA 92101
Ph: 619.699.2700