Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ameranth, Inc. v. Agilysys, Inc.

No. 15-1792 and 15-1793

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     _X_ As counsel for:  Expedia, Inc.; Fandango, LLC; Hotel Tonight Inc.; Hotwire, Inc.; Hotels.com, L.P.; Kayak Software Corp.; Live Nation Entertainment, Inc.; Orbitz, LLC; OpenTable, Inc.; Papa John's USA, Inc.; StubHub, Inc.; Ticketmaster, LLC; TVL LP (formerly known as Travelocity.com LP); and Wanderspot LLC

I am, or the party I represent is (select one):

_____Petitioner     _____Respondent     _____Amicus curiae     _____Cross Appellant

_____Appellant     _X_  Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant     _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Gilbert A. Greene |
| Law firm: | Norton Rose Fulbright US LLP |
| Address: | 98 San Jacinto Boulevard, Suite 1100 |
| City, State and ZIP: | Austin, Texas 78701-4255 |
| Telephone: | (512) 536-3097 |
| Fax #: | (512) 536-4598 |
| E-mail address: | bert.greene@nortonrosefulbright.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_X_  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 31, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes     _X_ No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 16, 2015 | /s/ Gilbert A. Greene |
| Date | Signature of pro se or counsel |

cc:  All counsel of record

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2015, I served the foregoing document on all counsel of record by email via the Court's ECF System.

/s/ Gilbert A. Greene

Gilbert A. Greene
Norton Rose Fulbright US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-4255
(512) 536-3097

Counsel for Appellee